GALVESTON TOWING CO. et al. v. CUBAN S. S. CO., Limited.

(Circuit Court of Appeals, Fifth Circuit. May 9, 1912.)

No. 2,187.

On petition for rehearing. Decree amended, and petition denied. For former opinion, see 195 Fed. 711.

Before PARDEE and SHELBY, Circuit Judges, and MAXEY, District Judge.

PER CURIAM. The decree entered in this case is hereby amended, by adding thereto the words, to wit: "The costs of this court to be paid by the appellee." It is further ordered in this case that the petition for rehearing be denied.